UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CASSANDRA LEVEY,

                Plaintiff,

       -against-

OSM AVIATION, INC., OSM AVIATION SH US,
INC., NORWEIGIAN AIR SHUTTLE ASA, and
DOE CORPORATIONS 1-5,

               Defendants.
-----------------------------------------------------------------X

ORDER

20-CV-2023 (MKV)(KNF)

                   :

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      The settlement conference scheduled in this action for December 23, 2020, could not go

forward due to a problem with the court's AT&T teleconference system.  Accordingly, the

settlement conference is rescheduled to January 19, 2021, at 10:30 a.m.  The parties are directed

to call (888) 557-8511 and, thereafter, enter access code 4862532.


Dated: New York, New York
       December 23, 2020

SO ORDERED:

*Kevin Nathaniel Fox*

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE