| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:<br>DATE FILED: 2/10/2021 |

CASSANDRA LEVEY,

                Plaintiff,

      -against-                              1:20-cv-02023 (MKV)

OSM AVIATION, INC., and NORWEGIAN          ORDER
AIR SHUTTLE ASA,

                Defendants.

MARY KAY VYSKOCIL, United States District Judge:

    The Court held a Post-Discovery Conference in this case on February 10, 2021. Counsel for all Parties appeared at the conference along with Plaintiff Cassandra Levey. This order memorializes the schedule entered at the conference.

    The Parties are directed to discuss possible resolution of this case, including whether mediation (either court-referred or private) would aid the Parties. IT IS HEREBY ORDERED that on or before February 17, 2021, the Parties must file a joint letter on the ECF docket discussing whether the Parties wish to engage in mediation, whether they request a referral to the Court-annexed program, and any other issues the Parties wish to address related to resolving this dispute. The joint letter also should address whether Defendants intend to move forward with the anticipated motion for summary judgment, discussed below.

    Defendants also have requested leave to file a motion for summary judgment. *See* ECF No. 45. Plaintiff opposes that request. *See* ECF No. 49. The request was discussed at the Post-Discovery Conference. If, after the Post-Discovery Conference, Defendants still intend to move for summary judgment, the motion will be briefed on the following schedule:

- Defendants' Motion must be filed on or before March 10, 2021;
- Plaintiff's Opposition must be filed on or before April 6, 2021;

1

- Defendants' Reply must be filed on or before April 20, 2021.

Any request for extension of the deadlines herein must be accompanied by good cause and must be submitted at least 72 hours in advance of the deadline.

**SO ORDERED.**

Date: **February 10, 2021**
**New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**