# jackson lewis

Representing Management Exclusively in Workplace Law and Related Litigation

Jackson Lewis P.C.
666 Third Avenue
New York NY 10017-4030
Tel 212 545-4000
Fax 212 972-3213

| | | | |
|---|---|---|---|
| ALBANY, NY | DETROIT, MI | MILWAUKEE, WI | RALEIGH, NC |
| ALBUQUERQUE, NM | GRAND RAPIDS, MI | MINNEAPOLIS, MN | RAPID CITY, SD |
| ATLANTA, GA | GREENVILLE, SC | MONMOUTH COUNTY, NJ | RICHMOND, VA |
| AUSTIN, TX | HARTFORD, CT | NEW ORLEANS, LA | SACRAMENTO, CA |
| BALTIMORE, MD | HONOLULU, HI | NEW YORK, NY | SALT LAKE CITY, UT |
| BERKELEY HEIGHTS, NJ | HOUSTON, TX | NORFOLK, VA | SAN DIEGO, CA |
| BIRMINGHAM, AL | INDIANAPOLIS, IN | OMAHA, NE | SAN FRANCISCO, CA |
| BOSTON, MA | JACKSONVILLE, FL | ORANGE COUNTY, CA | SAN JUAN, PR |
| CHARLOTTE, NC | KANSAS CITY REGION | ORLANDO, FL | SEATTLE, WA |
| CHICAGO, IL | LAS VEGAS, NV | PHILADELPHIA, PA | SILICON VALLEY, CA |
| CINCINNATI, OH | LONG ISLAND, NY | PHOENIX, AZ | ST. LOUIS, MO |
| CLEVELAND, OH | LOS ANGELES, CA | PITTSBURGH, PA | TAMPA, FL |
| DALLAS, TX | MADISON, WI | PORTLAND, OR | WASHINGTON DC REGION |
| DAYTON, OH | MEMPHIS, TN | PORTSMOUTH, NH | WHITE PLAINS, NY |
| DENVER, CO | MIAMI, FL | PROVIDENCE, RI | |

MY DIRECT DIAL IS: (212) 545-4028
MY EMAIL ADDRESS IS: DIANE.WINDHOLZ@JACKSONLEWIS.COM

March 1, 2021

**VIA ECF**

Honorable Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/19/2021
```

        RE:    **Levey v. OSM Aviation, Inc., et al.**
                 **Civil Case No.: 20-cv-02023 MKV**

Dear Judge Vyskocil,

        This firm represents Defendants OSM Aviation, Inc. ("OSM Aviation") and Norwegian Air Shuttle ASA ("Norwegian") (collectively, "Defendants") in connection with the above-referenced matter. We write to respectfully request a stay in this matter pursuant to 11 U.S.C. § 362, as Defendants have filed for Chapter 7 bankruptcy protections in the United States Bankruptcy Court, Southern District of Florida, Case No. 21-bk-11399-SMG.

        We thank the Court for its attention to this matter.

                                          Respectfully submitted,

                                          */s/Diane Windholz*
                                          Diane Windholz

cc:    Counsel of Record (*via ECF*)

4828-9931-6190, v. 1

---

GRANTED. This case is stayed as a result of the bankruptcy described in ECF Nos. 56 and 58. The Parties should inform the Court within five days of the resolution of the bankruptcy or an order of the bankruptcy court lifting the automatic stay. SO ORDERED.

Date: 3/19/2021
New York, New York

*/s/ Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge