```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/28/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASSANDRA LEVEY,

                Plaintiff,

-against-

OSM AVIATION, INC., and NORWEGIAN AIR SHUTTLE ASA,

                Defendants.

1:20-cv-02023 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

On January 17, 2024, the Court entered an Order directing that the parties shall file a joint status update letter on the docket every 60 days, advising the Court on the status of the bankruptcy proceeding.  [ECF No. 65].  The parties have failed to file any status letter with the Court since its March 18, 2024 letter.  [ECF No. 66].  Accordingly, IT IS HEREBY ORDERED that the parties shall submit a joint status update **on or before May 30, 2024**, informing the Court on the status of the bankruptcy proceeding.  The Court again reiterates that "[t]he parties shall file a joint status update letter on the docket **every 60 days**, advising the Court on the status of the bankruptcy proceeding."  [ECF No. 65].

**SO ORDERED.**

**Date: May 28, 2024**
**New York, NY**

*Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**

1